## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN M. F. CHARLES<br>11313 Gainsborough Road<br>Potomac, MD 20854<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>*Defendant*. | Civil Action No. 21-864 |

### NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant United States of America, through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, and 2679(d)(2). In support of the Notice, Defendant states as follows:

1. Jay Bratt and Julie Edelstein, attorneys for the Department of Justice (the "Department") were named as defendants in a civil action styled *Charles v. Bratt et al.*, Civil Action No. 2021 CA 000578 B, now pending in the Superior Court of the District of Columbia. *See* Complaint (attached as Exhibit A).

2. This action was filed in the Superior Court on or around February 25, 2021, by Nathan M. F. Charles ("Plaintiff"). *Id.* Although Mr. Bratt was served personally on March 24, 2021, and Ms. Edelstein was served personally on March 25, 2021, there is no evidence showing that the complaint and summons were properly served on the United States as required by D.C. Superior Court Rule 4(i) or its equivalent Federal Rule of Civil Procedure 4(i). The U.S. Attorney's Office received a copy of the Complaint from Plaintiff's previous employer, the Department's National Security Division after that office became aware of the suit.

3. Plaintiff brings an action for defamation against Mr. Bratt and Ms. Edelstein. *See generally* Compl. Plaintiff alleges that "Defendants published statements to Plaintiff's direct supervisor and other managerial officials at the National Security Division" of the Department "claiming the Plaintiff had failed to follow instructions." *Id*. ¶ 3. Plaintiff alleges that these statements "were false" but led to Plaintiff being "suspended from his position as a federal prosecutor with the National Security Division" and "coerced into resigning from his federal service position." *Id*. ¶ 4-5. As a result, Plaintiff seeks $100,000 in damages. *Id*. ¶ 5.

4. Removal of this matter is authorized pursuant to 28 U.S.C. § 1442(a)(1) because Mr. Bratt and Ms. Edelstein are officers of an agency of the United States.

5. On the basis of the complaint and other available information, Brian P. Hudak, Acting Chief of the Civil Division, United States Attorney's Office for the District of Columbia, acting pursuant to delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that the named Defendants were acting within the scope of their employment as employees of the United States at the time of the alleged incidents. *See* Exhibit B (Westfall Certification). This certification means that, pursuant to 28 U.S.C. § 2679(d)(1), the United States shall, as a matter of law, be substituted for the individual Defendants noted above, and pursuant to 28 U.S.C. § 2679(d)(2), this action shall be removed to district court.

6. A notice of filing of this Notice of Removal will be filed contemporaneously with this notice in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, and 2679(d)(2).

Dated: March 31, 2021                    Respectfully submitted,

                                                      CHANNING D. PHILLIPS, D.C. BAR #415793
                                                      Acting United States Attorney

                                                      BRIAN P. HUDAK
                                                      Acting Chief, Civil Division

                                 By:     */s/ Sean M. Tepe*
                                                    SEAN M. TEPE, DC Bar #1001323
                                                    Assistant United States Attorney
                                                    555 Fourth St., N.W.
                                                    Washington, D.C. 20530
                                                    Phone: (202) 252-2533
                                                    Email: sean.tepe@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2021, I caused a copy of the foregoing Notice of Removal of a Civil Action to be served upon Plaintiff by first class mail marked for delivery to:

Nathan M. F. Charles
11313 Gainsborough Road
Potomac, MD 20854

*/s/ Sean Tepe*
SEAM M. TEPE
Assistant U.S. Attorney