UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHAN M. F. CHARLES, Esq.<br><br>   Plaintiff,<br><br> v.<br><br>JAY BRATT, Esq.<br><br>  &amp;<br><br>JULIE EDELSTEIN, Esq.<br><br>  &amp;<br><br>UNITED STATES OF AMERICA,<br><br>   Defendants. | Civil Action No. 21-864 (CKK) |

## PLAINTIFF'S NOTICE OF APPEAL

  Plaintiff respectfully submits the following Notice of Appeal in accordance with F.R.C.P. 58 and Federal Rules of Appellate Procedure 3 and 4. The U.S. District Court for the District of Columbia issued an Order denying Plaintiff's Motion for Reconsideration on April 7, 2022. See ECF 35. The Order was a final, appealable order pursuant to F.R.C.P. 58.

  The Memorandum Opinion accompanying the Order, see ECF 36, shows that the Order was in error. Among other errors, it wholly ignored several authorities and arguments Plaintiff presented regarding the scope of an attorney's employment in the federal government vis-à-vis the Rules of Professional Conduct. This Notice is filed to inform the U.S. District Court and the Defendants that the Plaintiff is appealing this case to the U.S. Circuit Court of Appeals for the District of Columbia Circuit.

Dated: April 7, 2022                                Respectfully submitted,

                                                    NATHAN M. F. CHARLES, Esq.
                                                    *Pro se*
                                                    11313 Gainsborough Road
                                                    Potomac, MD 20854
                                                    717-202-9407
                                                    nate@charleslegalandsecurity.com

2