# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5099**                                      **September Term, 2021**

**1:21-cv-00864-CKK**

**Filed On:** July 20, 2022

Nathan M.F. Charles,

      Appellant

    v.

United States of America,

      Appellee

**O R D E R**

Upon consideration of appellant's motion to dismiss the appeal, and appellee's motion to seal Exhibit 1 to appellant's opposition to the motion for summary affirmance, it is

**ORDERED** that the motion to seal Exhibit 1 to appellant's opposition to the motion for summary affirmance be granted. See D.C. Cir. Rule 47.1(a). The Clerk is directed to maintain Exhibit 1 under seal. It is

**FURTHER ORDERED** that the motion to dismiss be granted and this appeal be dismissed. The Clerk is directed to issue the mandate forthwith to the district court.

            **FOR THE COURT:**
            Mark J. Langer, Clerk

    BY:    /s/
            Laura Chipley
            Deputy Clerk